United States District Court
for the
Southern District of Florida

| Robert M. Lawrence, Plaintiff | ) | |
|---|---|---|
| v. | ) | Civil Action No. 16-21415-Civ-Scola |
| Bayview Loan Servicing, LLC, Defendant. | ) ) ) | |

**Order Adopting Magistrate's Report And Recommendation**

    This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation on Plaintiff Robert M. Lawrence's notice of filing an affidavit of attorneys' fees (ECF No. 41). On March 16, 2017 Judge Otazo-Reyes issued a report, recommending that the Court award Lawrence his attorneys' fees in the amount of $4,475.00. (Rep. & Recommendation, ECF No. 75.) No objections have been filed and the time to object has passed. Having considered Judge Otazo-Reyes's Report, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's Report and Recommendation cogent and compelling.

    The Court **affirms and adopts** Judge Otazo-Reyes's Report and Recommendation (**ECF No. 75**). Consistent with the Report, the Court awards **$4,475.00** in attorneys' fees to Lawrence to be paid by Defendant, Bayview Loan Servicing, LLC.

    **Done and ordered**, at Miami, Florida, on May 26, 2017.

_____
Robert N. Scola, Jr.
United States District Judge